LATHAM & WATKINS LLP
Michael H. Rubin  (CA Bar No. 214636)
  michael.rubin@lw.com
Melanie M. Blunschi (CA Bar No. 234264)
  melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorneys for Defendant *Accellion Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JARAMEY STOBBE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCELLION, INC.,<br><br>Defendant. | Case No.: 5:21-cv-01353-EJD<br><br>**NOTICE OF APPEARANCE OF MICHAEL H. RUBIN**<br><br>Hon: Edward J. Davila |

| | |
|---|---|
| 1 | TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST: |
| 2 | PLEASE TAKE NOTICE that Michael H. Rubin of LATHAM & WATKINS LLP |
| 3 | hereby enters his appearance in the above-captioned matter as counsel for Defendant Accellion, |
| 4 | Inc. ("Accellion"). He respectfully requests that all pleadings, notices, orders, correspondence |
| 5 | and other papers in connection with this action be served upon him at the following address: |

> Michael H. Rubin
> LATHAM & WATKINS LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, California 94111-6538
> Telephone: (415) 391-0600
> Facsimile: (415) 395-8095
> Email: michael.rubin@lw.com

DATED: March 4, 2021

LATHAM & WATKINS LLP

*/s/ Michael H. Rubin*
Michael H. Rubin (CA Bar No. 214636)
*michael.rubin@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorney for Defendant *Accellion, Inc.*