| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Michael H. Rubin (CA Bar No. 214636) |
| 2 |    *michael.rubin@lw.com* |
| | Melanie M. Blunschi (CA Bar No. 234264) |
| 3 |    *melanie.blunschi@lw.com* |
| | 505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, California 94111-6538 |
| | Telephone: +1.415.391.0600 |
| 5 | Facsimile: +1.415.395.8095 |

Attorneys for Defendant *Accellion Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JARAMEY STOBBE, individually and on behalf of all others similarly situated, | Case No.: 5:21-cv-01353-EJD |
| Plaintiff, | **NOTICE OF APPEARANCE OF MELANIE M. BLUNSCHI** |
| v. | |
| ACCELLION, INC., | Hon: Edward J. Davila |
| Defendant. | |

TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:

PLEASE TAKE NOTICE that Melanie M. Blunschi of LATHAM & WATKINS LLP hereby enters her appearance in the above-captioned matter as counsel for Defendant Accellion, Inc. ("Accellion").  She respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon her at the following address:

>Melanie M. Blunschi
>LATHAM & WATKINS LLP
>505 Montgomery Street, Suite 2000
>San Francisco, California  94111-6538
>Telephone:  (415) 391-0600
>Facsimile:  (415) 395-8095
>Email: melanie.blunschi@lw.com

DATED:  March 4, 2021

LATHAM & WATKINS LLP

*/s/ Melanie M. Blunschi*
Melanie M.. Blunschi (CA Bar No. 234264)
melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

Attorney for Defendant *Accellion, Inc.*