1  LATHAM & WATKINS LLP
   Michael H. Rubin  (CA Bar No. 214636)
2     *michael.rubin@lw.com*
   Melanie M. Blunschi (CA Bar No. 234264)
3     *melanie.blunschi@lw.com*
   505 Montgomery Street, Suite 2000
4  San Francisco, California 94111-6538
   Telephone:  +1.415.391.0600
5  Facsimile:  +1.415.395.8095

6
   Serrin A. Turner (*pro hac vice*)
7     *serrin.turner@lw.com*
   1271 Avenue of the Americas
8  New York, NY 10020
   Telephone: +1.212.906.1200
9  Facsimile: +1.212.751.4864

10 Attorneys for Defendant *Accellion, Inc.*

11 *[Additional Counsel on Signature Page]*

12

13                 UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16

| | |
|---|---|
| 17 MADALYN BROWN, COLE MCDOWELL, CHRISTY BROCKINGTON and DEREK DAWES, individually and on behalf of all others similarly situated, | Case No. 5:21-cv-01155-EJD |
| 18 | |
| 19 Plaintiff, | **JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO TOLL DEADLINES TO RESPOND TO CLASS PLAINTIFFS' COMPLAINTS AND TO EXTEND THE TIME TO ANSWER OR RESPOND TO CLASS PLAINTIFFS' COMPLAINTS OR A CONSOLIDATED AMENDED COMPLAINT** |
| 20 v. | |
| 21 ACCELLION, INC., a Delaware Corporation, | |
| 22 Defendant. | |
| 23 | Filed February 17, 2021 |
| 24 | |
| 25 SUSAN ZEBELMAN, on behalf of herself and all others similarly situated, | Case No. 5:21-cv-01203-EJD |
| 26 Plaintiff, | Filed February 18, 2021 |
| 27 v. | |
| 28 ACCELLION, INC., a Delaware limited | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO RESPOND
TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1   liability company,

2        Defendant.

3   HEATHER RODRIGUEZ, on behalf of herself          Case No. 5:21-cv-01272-EJD
    and all others similarly situated,
4                                                     Filed February 22, 2021

5                         Plaintiff,

6        v.

7   ACCELLION, INC.,

8                         Defendant.

9

10  JARAMEY STOBBE, individually and on              Case No. 5:21-cv-01353-EJD
    behalf of all others similarly situated,
11

12                        Plaintiff,                 Filed February 24, 2021
         v.
13
    ACCELLION, INC.,
14
                          Defendant.
15

16

17  CHRISTINA PRICE, individually and on             Case No. 3:21-cv-01430-EJD
    behalf of herself and all other persons similarly
18  situated,

19                        Plaintiff,                 Filed February 26, 2021

20       v.

21  ACCELLION, INC.,

22                        Defendant.

23

24

25

26

27

28

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

| | |
|---|---|
| EUGENE BOLTON, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>   v.<br><br>ACCELLION, INC.,<br><br>         Defendant. | Case No.  5:21-cv-01645-EJD<br><br>Filed March 8, 2021 |
| VALERIE WHITTAKER, on behalf of herself and all others similarly situated,<br><br>         Plaintiff,<br><br>   v.<br><br>ACCELLION, INC.,<br><br>         Defendant. | Case No.  5:21-cv-01708-EJD<br><br>Filed March 11, 2021 |
| RICKY COCHRAN and ALAIN BERREBI, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>   v.<br><br>THE KROGER CO. and ACCELLION, INC.,<br><br>         Defendants. | Case No.  5:21-cv-01887-EJD<br><br>Filed March 17, 2021 |

| | |
|---|---|
| GRACE BEYER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLAGSTAR BANCORP, INC. d/b/a FLAGSTAR BANK and ACCELLION, INC.,<br><br>Defendants. | Case No.  5:21-cv-02239-EJD<br><br>Filed March 30, 2021 |
| AARON SHARP, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCELLION, INC.,<br><br>Defendant. | Case No.  5:21-cv-02525-EJD<br><br>Filed April 7, 2021 |
| JANET POLLARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCELLION, INC., and FLAGSTAR BANCORP, INC. /d/b/a FLAGSTAR BANK,<br><br>Defendants. | Case No. 5:21-cv-02572-EJD<br><br>Filed April 8, 2021 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

J. Doe, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HEALTH NET OF CALIFORNIA, INC., HEALTH NET LLC, AND ACCELLION, INC.,

Defendants.

Case No. 5:21-cv-02975-EJD

Filed April 23, 2021

LATHAM&WATKINS<sub>LLP</sub>
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1    WHEREAS, there are currently 12 related proposed consumer class actions pending

2    before the U.S. District Court for the Northern District of California against Defendant

3    Accellion, Inc. ("Accellion"):

4    • *Brown v. Accellion, Inc.*, No. 5:21-cv-01155-EJD, filed February 17, 2021;

5    • *Zebelman v. Accellion, Inc.*, No. 5:21-cv-01203-EJD, filed February 18, 2021;

6    • *Rodriguez v. Accellion, Inc.*, No. 5:21-cv-01272-EJD, filed February 22, 2021;

7    • *Stobbe v. Accellion, Inc.*, No 5:21-cv-01353-EJD, filed February 24, 2021;

8    • *Price v. Accellion, Inc.*, No. 3:21-01430-EJD, filed February 26, 2021;

9    • *Bolton v. Accellion, Inc.*, No. 5:21-cv-01645-EJD, filed March 8, 2021;

10   • *Whittaker v. Accellion, Inc.*, No. 5:21-cv-01708-EJD, filed March 11, 2021,

11   • *Cochran v. Kroger* and *Accellion, Inc.*, No. 5:21-cv-01887-EJD, filed March 17,

12       2021,

13   • *Beyer v. Flagstar Bank and Accellion, Inc.*, No. 5:21-cv-02239-EJD ("*Beyer*"), filed

14       March 30, 2021,

15   • *Sharp v. Accellion, Inc.*, No. 5:21-cv-02525-EJD, filed April 7, 2021,

16   • *Pollard v. Accellion, Inc. and Flagstar Bank*, No. 5:21-cv-02572-EJD, filed April 8,

17       2021,  and

18   • *Doe v. Health Net of California, Inc., Health Net LLC and Accellion, Inc.*, No. 5:21-

19       cv-02975-EJD, filed April 23, 2021, (together the "Related Actions").

20   WHEREAS, on March 31, 2021, Plaintiff's counsel in *Beyer* filed a Motion for Transfer

21   and Centralization with the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate

22   and transfer to the Northern District of California (the "JPML Motion"), the Related Actions and

23   certain additional actions listed herein: *Jones v. The Kroger Company*, No. 1:21-cv-00146-TSB

24   (S.D. Oh.), *Govaert and Moore* v. *The Kroger Company*, No. 1:21-cv-00174-TSB (S.D. Oh.),

25   *Doty, Shaw, and Simpson v. The Kroger Company*, No. 1:21-cv-00198-DRC (S.D. Oh.), *Angus*

26   *and Wiedder v. Flagstar Bank, FSB*, No. 2:21-cv-10657-AJT-DRG (E.D. Mich.), *Garcia v.*

27   *Flagstar Bank, FSB*, No. 2:21-cv-10671-DPH-APP (E.D. Mich.).

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1    WHEREAS, on April 7, 2021, Plaintiffs' counsel in *Beyer* filed a motion to consolidate

2  the Related Actions, and any other related actions filed in, removed to, or transferred to the

3  Northern District of California ("Motion to Consolidate") under Fed. R. Civ. P. 42(a) and to set a

4  briefing schedule for the appointment of interim co-lead class counsel.

5    WHEREAS, due to the separate filing and service dates of each of the Plaintiffs'

6  complaints, Defendant's deadlines to respond to each of the Related Actions' complaints vary

7  with great degree.

8    WHEREAS, Plaintiffs' counsel for the Related Actions recognize that it would be

9  inefficient for Defendant to respond to each complaint, particularly in light of the recently-filed

10  JPML Motion and the Motion to Consolidate.

11    WHEREAS to conserve party resources and for efficiency, Accellion asked Plaintiffs to

12  extend its time to respond to each of the Related Actions' Complaints and Plaintiffs agreed.

13    NOW THEREFORE, the Parties through their respective counsel hereby STIPULATE

14  AND AGREE that:

15    1.    The deadlines for Accellion to answer, move, or otherwise respond to the

16  Complaints in each of the Related Actions shall be tolled.

17    2.    The Parties agree to promptly meet and confer and, within ten (10) days of this

18  Court's ruling on the Motion to Consolidate, submit a proposed schedule for the filing of any

19  further complaint(s), Accellion's response to the Complaints, and any other applicable

20  procedural deadlines based on the Court's ruling.

21

22  Dated: May 12, 2021                          Respectfully submitted,

23                                               /s/*Melanie M. Blunschi*
                                                 **LATHAM & WATKINS LLP**
24                                               Michael H. Rubin (CA Bar No. 214636)
                                                   *Michael.rubin@lw.com*
25                                               Melanie M. Blunschi (CA Bar No. 234264)
                                                   *Melanie.blunschi@lw.com*
26                                               505 Montgomery Street, Suite 2000
                                                 San Francisco, California 94111-6538
27                                               Telephone: +1.415.391.0600
                                                 Facsimile: +1.415.395.8095
28
                                                 Serrin A. Turner (*pro hac vice*)

1    Serrin.turner@lw.com
     1271 Avenue of the Americas
2    New York, NY 10020
     Telephone: +1.212.906.1200
3    Facsimile: +1.212.751.4864

4    Attorneys for Defendant *Accellion Inc.*

5    Dated: May 12, 2021                     */s/ Polina Brandler*
                                             JULIAN HAMMOND (CA Bar No. 268489)
6                                            jhammond@hammondlawpc.com
                                             POLINA BRANDLER (CA Bar No. 269086)
7                                            pbrandler@hammondlawpc.com
                                             ARI CHERNIAK (SBN 290071)
8                                            acherniak@hammondlawpc.com
                                             **HAMMONDLAW, PC**
9                                            11780 W. Sample Road, Suite 1103
                                             Coral Springs, FL 33065
10                                           Tel: (310) 601-6766
                                             Fax: (310) 295-2385
11

12                                           Krysta Kauble Pachman
                                             kpachman@susmangodfrey.com
13                                           Steven Sklaver
                                             ssklaver@susmangodfrey.com
14                                           **SUSMAN GODFREY L.L.P.**
                                             1900 Avenue of the Stars, Suite 1400
15                                           Los Angeles, CA 90067
                                             Tel: (310) 789-3100
16                                           Fax: (310) 789-3150

17                                           *Attorneys for Plaintiff Madalyn Brown, et al.*

18

19

20   Dated: May 12, 2021                     */s/ John A. Yanchunis*
                                             MICHAEL F. RAM (CA Bar No. 104805)
21                                           **MORGAN & MORGAN**
                                             **COMPLEX LITIGATION GROUP**
22                                           711 Van Ness Avenue, Suite 500
                                             San Francisco, CA 94102
23                                           Telephone: (415) 358-6913
                                             Facsimile: (415) 358-6923
24                                           mram@forthepeople.com

25                                           JOHN A. YANCHUNIS
                                             (*pro hac vice* application forthcoming)
26                                           RYAN D. MAXEY
                                             (*pro hac vice* application forthcoming)
27                                           **MORGAN & MORGAN COMPLEX**
                                             **LITIGATION GROUP**
28                                           201 N. Franklin Street, 7th Floor

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1    Tampa, Florida 33602
     Tel: (813) 223-5505
2    jyanchunis@ForThePeople.com
     rmaxey@ForThePeople.com

3
     M. ANDERSON BERRY (CA Bar No.
4    262879)
     LESLIE GUILLON (CA Bar No. 222400)
5    **CLAYEO C. ARNOLD,**
     **A PROFESSIONAL LAW CORP.**
6    865 Howe Avenue
     Sacramento, CA 95825
7    Telephone: (916) 777-7777
     Facsimile: (916) 924-1829
8    aberry@justice4you.com
     lguillon@justice4you.com
9
     *Attorneys for Plaintiff Susan Zebelman*
10
     Dated: May 12, 2021       */s/  Simon Grille*
11                             DANIEL C. GIRARD (CA Bar No. 114826)
                               JORDAN ELIAS (CA Bar No. 228731)
12                             ADAM E. POLK (CA Bar No. 273000)
                               SIMON GRILLE (CA Bar No. 294914)
13                             **GIRARD SHARP LLP**
                               601 California Street, Suite 1400
14                             San Francisco, California 94108
                               Telephone: (415) 981-4800
15                             Facsimile: (415) 981-4846
                               dgirard@girardsharp.com
16                             jelias@girardsharp.com
                               apolk@girardsharp.com
17                             @girardsharp.com

18                             *Attorneys for Plaintiff Heather Rodriguez*

19

20   Dated: May 12, 2021       */s/ Andrew W. Ferich*
                               TINA WOLFSON (CA Bar No. 174806)
21                             *twolfson@ahdootwolfson.com*
                               ROBERT AHDOOT (CA Bar No. 172098)
22                             *rahdoot@ahdootwolfson.com*
                               THEODORE MAYA (CA Bar No.  223242)
23                             *tmaya@ahdootwolfson.com*
                               **AHDOOT & WOLFSON, PC**
24                             2600 W. Olive Avenue, Suite 500
                               Burbank, CA 91505-4521
25                             Telephone:  310.474.9111
                               Facsimile:  310.474.8585
26
                               ANDREW W. FERICH (*pro hac vice* pending)
27                             *aferich@ahdootwolfson.com*
                               **AHDOOT & WOLFSON, PC**
28                             201 King of Prussia Road, Suite 650

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1    Radnor, PA 19087
     Telephone:  310.474.9111
2    Facsimile:   310.474.8585

3    BEN BARNOW (*pro hac vice*)
     b.barnow@barnowlaw.com
4    ERICH P. SCHORK (*pro hac vice*)
     e.schork@barnowlaw.com
5    ANTHONY L. PARKHILL (*pro hac vice*)
     aparkhill@barnowlaw.com
6    **BARNOW AND ASSOCIATES, P.C.**
     205 West Randolph Street, Suite 1630
7    Chicago, IL 60606
     Telephone: 312.621.2000
8
     *Attorneys for Plaintiff Jaramey Stobbe*
9

10   Dated: May 12, 2021          /s/ Gayle M. Blatt
                                  DAVID S. CASEY (CA Bar No. 060768)
11                                GAYLE M. BLATT (CA Bar No. 122048)
                                  JEREMY ROBINSON (CA Bar No. 188325)
12                                P. CAMILLE GUERRA (CA Bar No. 326546)
                                  CATHERINE M. MCBAIN (CA Bar No.
13                                303911)
                                  **CASEY GERRY SHENK**
14                                **FRANCAVILLA BLATT & PENFIELD**
                                  **LLP**
15                                110 Laurel Street
                                  San Diego, CA 92101
16                                Tel: 619-238-1811
                                  Fax: 619-544-9232
17                                dcasey@cglaw.com
                                  gmb@cglaw.com
18                                jrobinson@cglaw.com
                                  camille@cglaw.com
19                                kmcbain@cglaw.com

20                                *Attorneys for Plaintiff Christina Price*

21

22   Dated: May 12, 2021          /s/ Gary F. Lynch
                                  TODD D. CARPENTER (CA Bar No.
23                                234464)
                                  tcarpenter@carlsonlynch.com
24                                **CARLSON LYNCH LLP**
                                  1350 Columbia St., Ste. 603
25                                San Diego, CA 92101
                                  Tel: 619-762-1900
26                                Fax: 619-756-6991

27                                GARY F. LYNCH (*pro hac vice forthcoming*)
                                  glynch@carlsonlynch.com
28                                KELLY K. IVERSON (*pro hac vice*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

*forthcoming*)
kiverson@carlsonlynch.com
NICHOLAS COLELLA (*pro hac vice
forthcoming*)
ncolella@carlsonlynch.com
**CARLSON LYNCH LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Tel: 412-322-9243
Fax: 412-231-0246

*Attorneys for Plaintiff Eugene Bolton*

Dated: May 12, 2021

/s/ Alex M. Outwater
**SCOTT+SCOTT ATTORNEYS AT LAW
LLP**
ALEX M. OUTWATER (CA Bar No.
259062)
aoutwater@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: 619-233-4565
Fax: 619-233-0508

JOSEPH P. GUGLIELMO (*pro hac vice*)
jguglielmo@scott-scott.com
ERIN GREEN COMITE (*pro hac vice
forthcoming*)
ecomite@scott-scott.com
CAREY ALEXANDER (*pro hac vice*)
calexander@scott-scott.com
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334

*Attorneys for Valerie Whittaker*

Dated: May 12, 2021

/s/ Andrew W. Ferich
TINA WOLFSON (CA Bar No.  174806)
*twolfson@ahdootwolfson.com*
ROBERT AHDOOT (CA Bar No.  172098)
*rahdoot@ahdootwolfson.com*
THEODORE MAYA (CA Bar No.  223242)
*tmaya@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone:  310.474.9111
Facsimile:   310.474.8585

ANDREW W. FERICH (*pro hac vice*
forthcoming)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1   aferich@ahdootwolfson.com
    **AHDOOT & WOLFSON, PC**
2   201 King of Prussia Road, Suite 650
    Radnor, PA 19087
3   Telephone:  310.474.9111
    Facsimile:   310.474.8585
4
    BEN BARNOW (*pro hac vice*)
5   b.barnow@barnowlaw.com
    ERICH P. SCHORK (*pro hac vice*)
6   e.schork@barnowlaw.com
    ANTHONY L. PARKHILL (*pro hac vice*)
7   aparkhill@barnowlaw.com
    **BARNOW AND ASSOCIATES, P.C.**
8   205 West Randolph Street, Suite 1630
    Chicago, IL 60606
9   Telephone: 312.621.2000

10  *Attorneys for Plaintiffs Ricky Cochran and*
    *Alan Berrebi*
11

12
    Dated: May 12, 2021                 /s/ Andrew W. Ferich
13                                      TINA WOLFSON (CA Bar No.  174806)
                                        twolfson@ahdootwolfson.com
14                                      ROBERT AHDOOT (CA Bar No.  172098)
                                        rahdoot@ahdootwolfson.com
15                                      THEODORE MAYA (CA Bar No.  223242)
                                        tmaya@ahdootwolfson.com
16                                      **AHDOOT & WOLFSON, PC**
                                        2600 W. Olive Avenue, Suite 500
17                                      Burbank, CA 91505-4521
                                        Telephone:  310.474.9111
18                                      Facsimile:   310.474.8585

19                                      ANDREW W. FERICH (*pro hac vice* pending)
                                        aferich@ahdootwolfson.com
20                                      **AHDOOT & WOLFSON, PC**
                                        201 King of Prussia Road, Suite 650
21                                      Radnor, PA 19087
                                        Telephone:  310.474.9111
22                                      Facsimile:   310.474.8585

23                                      *Attorneys for Plaintiff Grace Beyer*

24

25  Dated: May 12, 2021                 /s/ Kate M. Baxter-Kauf
                                        TODD D. CARPENTER (CA Bar No.
26                                      234464)
                                        tcarpenter@carlsonlynch.com
27                                      **CARLSON LYNCH LLP**
                                        1350 Columbia St., Ste. 603
28                                      San Diego, CA 92101

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

| | | |
|---|---|---|
| 1 | | Tel: 619-762-1900 |
| | | Fax: 619-756-6991 |
| 2 | | |
| 3 | | KAREN HANSON RIEBEL (*pro hac vice* |
| | | *forthcoming*) |
| 4 | | khriebel@locklaw.com |
| | | KATE M. BAXTER-KAUF (*pro hac vice* |
| 5 | | *forthcoming*) |
| | | kmbaxter-kauf@locklaw.com |
| 6 | | **LOCKRIDGE GRINDAL NAUEN P.L.L.P** |
| 7 | | 100 Washington Avenue South, Suite 2200 |
| | | Minneapolis, MN 55401 |
| 8 | | |
| | | *Attorneys for Plaintiff Aaron Sharp* |
| 9 | | |
| 10 | Dated: May 12, 2021 | /s/ Jonathan Rotter |
| | | KARA M. WOLKE (CA Bar No.  241521) |
| 11 | | kwolke@glancylaw.com |
| | | MARC L. GODINO (CA Bar No.  182689) |
| 12 | | mgodino@glancylaw.com |
| 13 | | JONATHAN ROTTER (CA Bar No.  234137) |
| | | jrotter@glancylaw.com |
| 14 | | PAVITHRA RAJESH (CA Bar No.  323055) |
| | | prajesh@glancylaw.com |
| 15 | | **GLANCY PRONGAY & MURRAY LLP** |
| 16 | | 1925 Century Park East, Suite 2100 |
| | | Los Angeles, California 90067 |
| 17 | | Telephone: +1.310.201.9150 |
| | | Facsimile: +1.310.201.9160 |
| 18 | | |
| 19 | | *Attorneys for Plaintiff Janet Pollard* |
| 20 | | |
| 21 | | /s/ Matthew B. George |
| 22 | Dated: May 12, 2021 | LAURENCE D. KING |
| | | lking@kaplanfox.com |
| 23 | | MATTHEW B. GEORGE |
| | | mgeorge@kaplanfox.com |
| 24 | | MARIO M. CHOI |
| | | mchoi@kaplanfox.com |
| 25 | | **KAPLAN FOX & KILSHEIMER LLP** |
| 26 | | 1999 Harrison Street, Suite 1560 |
| | | Oakland, California 94104 |
| 27 | | Telephone: +1.415.772.4700 |
| | | Facsimile: +1.415.772.4707 |
| 28 | | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOEL B. STRAUSS (*pro hac vice* to be filed)
*jstrauss@kaplanfox.com*
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: +1.212.678.1980
Facsimile: +1.212.678.7714

*Attorneys for Plaintiff J. Doe*

PURSUANT TO THE FOREGOING STIPULATION, **IT IS SO ORDERED.**

DATED:  May 13, 2021

Hon. Edward J. Davila
United States District Judge